UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL SANCHEZ,<br><br>         Petitioner,<br><br>v.<br><br>PATRICK COVELLO, Warden,<br><br>         Respondent. | Case No.: 19cv1462-LAB (KSC)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT** |

Petitioner, a state prisoner incarcerated at the R. J. Donovan Correctional Facility ("RJDCF") in San Diego, California, and proceeding pro se, has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a copy of his inmate trust account statement which the Court construes as a request to proceed in forma pauperis. (ECF Nos. 1-2.) Petitioner claims the RJDCF staff has inspected and torn his incoming mail and lost or damaged his personal property in order to harass him, apparently as a result of an inmate grievance he filed in 2018, and seeks a restraining order preventing them from continuing to do so. (ECF No. 1 at 3-8.) Petitioner previously filed an identical habeas petition in this Court on July 24, 2019. *See* Pet. filed July 24, 2019 [ECF No. 1] in So.Dist.Ca. Civil Case No. 19cv1383-CAB (KSC). That Petition was dismissed on July 26, 2019, on the basis that his claim does not lie within the core of habeas corpus because

success on the merits would not necessarily affect the duration of his confinement, and therefore must be brought, if at all, under 42 U.S.C. § 1983. *See* Order filed 7/26/19 [ECF No. 3] in So.Dist.Ca. Civil Case No. 19cv1383-CAB (KSC). The dismissal was without prejudice to Petitioner to present his claim in a civil rights complaint if he wished to do so. *Id.*

The Court may dismiss a duplicative petition as frivolous if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted). Here, Petitioner has filed two identical petitions with this Court which contain the exact same claim. Accordingly, the Court **DISMISSES** this case because the Petition in this case is duplicative of that filed in So.Dist.Ca. Civil Case No. 19cv1383-CAB (KSC).) The dismissal is without prejudice to Petitioner to present his claim in a civil rights complaint pursuant to 42 U.S.C. § 1983 if he wishes to do so. The application to proceed in forma pauperis is **DENIED** as moot. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: August 6, 2019

**Hon. Larry Alan Burns**
Chief United States District Judge